AO 91 (Rev 8/01) Criminal Complaint    Case 7:14-mj-02366   Document 1   Filed in TXSD on 12/15/14   Page 1 of 2

United States District Court
Southern District of Texas
FILED
DEC 15 2014
David J. Bradley, Clerk

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

MCALLEN DIVISION

| UNITED STATES OF AMERICA | | | **CRIMINAL COMPLAINT** |
|---|---|---|---|
| V. | | | |
| Adolfo Guerra | | PRINCIPAL | Case Number: |
| A206 884 344 | YOB: | 1969 | M-14-2366-M |
| United States | | | |

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 13, 2014** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Andres Oliva-Gonzalez, citizen and national of Mexico, who had entered the United States in violation of law, did knowingly transport, or move or attempts to transport said alien in furtherance of such violation of law within the United States, that is, from a location near La Joya, Texas to the point of arrest near La Joya, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)    FELONY**
I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On December 13, 2014, agents from the McAllen Border Patrol responded to a call for assistance from La Joya Police Department near Expressway 83 and Jessisa Lane in La Joya, Texas to determined alienage of the passenger of a Ford Freestar minivan. La Joya Police Officer Amaya initially stopped the vehicle driven by Adolfo GUERRA for impeding traffic. After agents interviewed the two subjects, it was found that GUERRA was a United States Citizen and the passenger Andres OLIVA-GONZALEZ was a national of Mexico illegally in the United States. Both GUERRA and OLIVA were transported to the McAllen, Texas Border Patrol Station for processing.

SEE ATTACHED

Continued on the attached sheet and made a part of this complaint:   [X] Yes  [ ] No

_____
Signature of Complainant

**Julio Ibarra        Senior Patrol Agent**
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

**December 15, 2014**    3:26 pm    at   **McAllen, Texas**
Date                                                                        City and State

**Peter E. Ormsby**   , **U. S. Magistrate Judge**
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-14-2366-M

**RE:** Adolfo Guerra      A206 884 344

**CONTINUATION:**

PRINCIPAL STATEMENT:

Adolfo GUERRA was read his Miranda Rights at the McAllen Border Patrol Station. Subject stated he understood his rights and did not wish to make a statement without an attorney present.

MATERIAL WITNESS:

OLIVA-Gonzalez, Andres, a citizen Mexico was advised of his rights in the Spanish language by Agents and stated that he understood his rights and was willing to answer all questions without the presents of a lawyer.
OLIVA stated that he crossed illegally into the United States on December 13, 2014 near Hidalgo, Texas and was taken to a ranch home at an unknown location. After being at the home for an unknown amount of time, OLIVA stated that the other aliens who were in the ranch home were picked up by a black Chevy Silverado and was told to wait for a blue vehicle that was going to pick him up. After some time had passed, OLIVA stated that a blue vehicle picked him up and drove him to a location near the highway where he was transferred to a silver van. OLIVA states that he heard GUERRA and the driver of the Chevy Silverado talking about the amount that GUERRA would be paid for transporting him to the next location. OLIVA stated that GUERRA was to be paid $100. OLIVA was able to identify the driver, Adolfo GUERRA, through photo line-up as the driver of the Ford Freestar minivan.